**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NICHOLAS MECHLING and CHRISTOPHER MECHLING, <br><br> Plaintiffs, <br><br> v. <br><br> THE OPERATOR OF WEBSITE MUAYTHAISTUFF.COM, <br><br> Defendant. | Case No. 21-cv-01542 <br><br> **Judge John J. Tharp, Jr.** <br><br> **Magistrate Judge Sunil R. Harjani** |

## AGREED MOTION FOR ENTRY OF A CONSENT JUDGMENT

Plaintiffs Nicholas Mechling and Christopher Mechling (hereinafter referred to together or individually as "Plaintiff") and Defendant The Operator of Website Muaythaistuff.com ("Defendant") (collectively, the "Parties") have agreed to entry of a proposed Consent Judgment. As such, the Parties move this Honorable Court for the entry of a Consent Judgment. A copy of the proposed Consent Judgment has been submitted to Proposed_Order_Tharp@ilnd.uscourts.gov.

1

Dated this 4th day of April 2022.  Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law

*Counsel for Plaintiffs Nicholas Mechling and Christopher Mechling*

/s/ Joshua A. Schaul
Joseph G. Chu (*pro hac vice*)
Joshua A. Schaul (*pro hac vice*)
JCIP
1055 West 7th Street, 33rd Floor
Los Angeles, California 90017
323.983.2293
joseph@jciplawyers.com
josh.schaul@jciplawyers.com

Michele S. Katz
Advitam IP
150 South Wacker Drive, Suite 2400
Chicago, Illinois 60606
312.332.7710
MKatz@AdvitamIP.com

*Counsel for Defendant Operator of website muaythaistuff.com*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of April 2022, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a "Notice of E-Filing" to the attorneys of record in this case.

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law

*Counsel for Plaintiffs Nicholas Mechling and Christopher Mechling*

/s/ Joshua A. Schaul
Joseph G. Chu (*pro hac vice*)
Joshua A. Schaul (*pro hac vice*)
JCIP
1055 West 7th Street, 33rd Floor
Los Angeles, California 90017
323.983.2293
joseph@jciplawyers.com
josh.schaul@jciplawyers.com

Michele S. Katz
Advitam IP
150 South Wacker Drive, Suite 2400
Chicago, Illinois 60606
312.332.7710
MKatz@AdvitamIP.com

*Counsel for Defendant Operator of website muaythaistuff.com*